**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

### IN THE INTEREST OF E.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

As the reporter's record has been filed, we **DENY** as moot appellant's April 11, 2014

motion for extension of time to file record.

/s/    ELIZABETH LANG-MIERS
       JUSTICE